UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME LAWRENCE, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS DART, Sheriff of Cook County and COUNTY OF COOK, <br><br> Defendants. | Civil action 1:23-05293 <br><br> The Honorable Martha Pacold <br> Courtroom 2325 <br><br> The Honorable Laura McNally <br> Courtroom 2230 |

JOINT STATUS REPORT PURSUANT TO ECF NOS. 31 AND 36

The parties submit this status report pursuant to this Court's orders of January 6, 2025 (ECF No. 31) and February 4, 2025 (ECF No. 36).

1. Both parties have served written discovery requests.

2. Plaintiff has served answers to *Defendants' First Set of Requests for Admission to Plaintiff*.

3. Both parties needed additional time to complete and serve their responses to the other's written discovery requests. The parties have stipulated to an extension to February 14, 2025.

Respectfully submitted,

February 5, 2025

/s/Daniel Fritz
Managing Partner
Law Offices
of Stephanie L. White, P.C.
161 North Clark Street
Suite 2550
E-mail dfritz@slw-law.com
Attorney for Plaintiff

/s/Jonathan Wheeler
Assistant State's Attorney
Cook County State's Attorney's Office
50 West Washington Street
Suite 500
Chicago, Illinois 60602
E-mail jonathan.wheeler@cookcountysao.org
Attorney for Defendants