UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME LAWRENCE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS DART, Sheriff of<br>Cook County and COUNTY OF COOK,<br><br>　　　　　　Defendants. | Civil action 1:23-05293<br><br>The Honorable Martha Pacold<br>Courtroom 2325<br><br>The Honorable Laura McNally<br>Courtroom 2230 |

JOINT STATUS REPORT PURSUANT TO ECF NO. 38

Pursuant to this Court's order of February 6, 2025 (ECF No. 38), the Parties submit this joint status report:

1. Written discovery is ongoing.

2. The Parties have tentatively agreed to schedule Plaintiff's deposition for April 10, 2025, at 1:00 p.m.

3. The Parties do not believe that a settlement conference would be productive before Plaintiff's deposition.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

March 28, 2025　　　　　　　　　　　　　　Jonathan Wheeler
　　　　　　　　　　　　　　　　　　　　　　Assistant State's Attorney
　　　　　　　　　　　　　　　　　　　　　　Cook County State's Attorney's Office
　　　　　　　　　　　　　　　　　　　　　　50 West Washington Street
　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　　Telephone +1 (312) 603-4389
　　　　　　　　　　　　　　　　　　　　　　E-mail jonathan.wheeler@cookcountysao.org
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants